IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| JONATHAN D. MERRITT, | : | |
| | : | |
| Plaintiff, | : | |
| VS. | : | |
| | : | NO. 5:15-CV-299-MTT-CHW |
| CEDRIC TAYLOR, | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

## ORDER

*Pro se* Plaintiff Jonathan D. Merritt, who is confined at the Baldwin State Prison in Hardwick, Georgia, filed a complaint under 42 U.S.C. § 1983 but did not pay the filing fee or file a proper motion to proceed without the prepayment of the filing fee.[1] Accordingly, the United States Magistrate Judge directed Plaintiff to either pay the $400 filing fee or submit a full and complete motion to proceed *in forma pauperis*. Plaintiff was also advised that it did not appear he had exhausted his administrative remedies with respect to the claims raised in his Complaint and that his Complaint did not allege a sufficient basis to hold the only named Defendant liable under § 1983. Plaintiff was therefore also given the opportunity to supplement his Complaint to address these deficiencies. Plaintiff was warned that his failure to comply with the Magistrate Judge's Order would result in dismissal of Plaintiff's action. Plaintiff was further advised that if he no longer wished to proceed with this action, he should notify the Court. Plaintiff was

---

[1] Plaintiff initially filed his case in the Northern District of Georgia, but it was subsequently transferred to this Court. *See* 28 U.S.C. § 1406(a).

given twenty-one (21) days to comply with the Court's Order.  (Order, Dec. 31, 2015, ECF No. 6.)

Twenty-one days passed, and Plaintiff failed to submit any response to the Court's Order.  Accordingly, the Magistrate Judge ordered Plaintiff on February 10, 2016 to respond and show cause why his lawsuit should not be dismissed for failure to comply with the Court's orders and instructions.  Plaintiff's response was again due within twenty-one (21) days of the date of the Order, and Plaintiff was advised that failure to respond would result in dismissal of his Complaint for failure to comply.  (Order, Feb. 10, 2016, ECF No. 7.)

The time for responding to the Show Cause Order has passed, and Plaintiff has still failed to respond as ordered by the Magistrate Judge.  Accordingly, because of Plaintiff's failure to pay the required filing fee, failure to comply with the Court's instructions and orders, and failure to otherwise diligently prosecute this action, his Complaint shall be **DISMISSED without prejudice**.  *See* Fed. R. Civ. P. 41; *see also Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curiam) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.") (citing *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir.1978)).

**SO ORDERED**, this 16th day of March, 2016.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT